No. 91–1221. UNITED STATES *v.* KOONCE. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1239. TEXAS *v.* COOK. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1289. OHIO *v.* MILLER. Ct. App. Ohio, Summit County. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1316. COLORADO *v.* MARCELLUS. Ct. App. Colo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1351. ARIZONA *v.* TAYLOR. Ct. App. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1356. BENFIELD *v.* SAUL ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 91–1530. BRADLEY ET AL. *v.* E. I. DU PONT DE NEMOURS & CO. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 91–1458. WHEELER *v.* BUILDING GRIEVANCE COMMITTEE OF CITY OF O'FALLON, ILLINOIS, ET AL. App. Ct. Ill., 5th Dist. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 91–7179. SCOTT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.